# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Tyler Vidovic,

Defendant.

Criminal No. 26-mj-19 DLM

**ORDER OF REMOVAL**

The above captioned case was before the undersigned United States Magistrate Judge. Defendant waived the identity and removal hearing.

Based on defendant's waiver, the court finds that the defendant is the same person named in the warrant filed in the Western District of Wisconsin, and he is ordered removed to that district for further proceedings.

Dated: January 20, 2026

*s/Douglas L. Micko*
Douglas L. Micko
United States Magistrate Judge